IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA KULIKOVA,<br><br>    Plaintiff,<br><br>   v.<br><br>NEWREZ LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-01864-MMC<br><br>**ORDER RE: PLAINTIFF'S LETTER FILED MAY 13, 2024** |

    The Court is in receipt of a letter, filed May 13, 2024, from plaintiff Monika Kulikova, to which letter said plaintiff has attached what she describes as a "duly completed and signed" Internal Revenue Form 56,[1] listing the undersigned as "Fiduciary."

    Although plaintiff states her submission of such form is "per the instructions of the court," the only instructions this Court has given said plaintiff pertain to the submission of courtesy copies of filed documents. (See Doc. Nos. 11, 14.)

    Accordingly, the Court will take no action on the above-referenced filing.

    **IT IS SO ORDERED.**

Dated: May 15, 2024

                                                  MAXINE M. CHESNEY
                                                United States District Judge

---

[1] The form is titled "Notice Concerning Fiduciary Relationship."